# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| DAVID M. MILLER, | |
|---|---|
| Plaintiff, | CASE NO. 3:17-cv-05519-RBL-JRC |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| G. STEVEN HAMMOND, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Because plaintiff has not complied with a court order and has not prosecuted this action, the case is DISMISSED without prejudice.

**DATED** this 3rd day of November, 2017.

Ronald B. Leighton
United States District Judge